IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| HEALTH CARE FACILITIES PARTNERS, LLC, et al. | ) | Case No.: 5:21-cv-01070-BMB |
| | ) | |
| Plaintiffs | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| | ) | |
| JACK DIAMOND, et al. | ) | **DEFENDANT DIAMOND'S RESPONSE TO PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY OF EXPERT JASON BOGNIARD** |
| | ) | |
| Defendants | ) | |

Health Care Facilities Partners, LLC, et al. ("HCFPs") in nine pages attempts to explain why Defendant Diamond's expert on his counterclaim, Jason Bogniard, should be excluded[1]. In those nine pages, the Plaintiffs never once claim that they were prejudiced or that the alleged late production precluded it from taking a deposition of Jason Bogniard. In fact, HCFP fails to mention that it elected *not* to take Mr. Bogniard's deposition. Plaintiffs' motion also conveniently minimizes the background behind the motion. Undoubtedly the Court will recall what did happen.

What occurred is that the Plaintiffs needed a *favor* from the Defendants because the expert they initially identified had a disqualifying conflict of interest. Rather than trying to hold Plaintiffs to a strict enforcement of time, Defendants agreed that the schedule order relating to experts could be modified. Thus, as mentioned in the brief and agreed entry and after discussion with the Court – by docket entry – the parties extended the dates on all expert disclosures.

[1] Notably, Jason Bogniard also serves as a rebuttal expert to Plaintiffs' damages expert. Mr. Bogniard provided a rebuttal report which was served on counsel on October 17, 2022, pursuant to the Court's case management plan and trial order (Dkt # 135).

Docket Entry #135, dated July 18, 2022, expressly provides that the new deadline for reports, by the party with the burden of proof, was September 16, 2022. The entry on the Court's docket states specifically that reports for parties with the burden of proof were to be provided on September 16, 2022:

| | | |
|---|---|---|
| 07/18/2022 | 135 | **Order** granting parties' joint motion to modify the first amended case management plan and trial order. (Doc. No. 134 .) The Court sets the following dates: expert reports for party bearing the burden of proof: 9/16/2022; responsive expert reports: 10/17/2022; expert discovery: 11/16/2022; dispositive motions: 12/16/2022; opposition to dispositive motions: 1/20/2023; reply to dispositive motions: 2/3/2023; Final Pretrial Conference: 5/9/2023 at 10:00 a.m.; and Trial: 6/12/2023 at 9:00 a.m. Both the Final Pretrial Conference and Trial will be held in Courtroom 15B. Judge Bridget Meehan Brennan on 7/18/2022. (V,AR) (Entered: 07/18/2022) |

The Court's order clearly establishes the date of September 16, 2022 as the date for "expert reports for party bearing the burden of proof". Bogniard's counterclaim report was provided on that date. Only the most intentionally obtuse reading of this rule would suggest that, at Plaintiffs' request and, with the consent of counsel for Defendants, dates were reset only to benefit the Plaintiffs. Defendant Diamond relied upon that docket entry, which reset dates, and timely provided the report of Jason Bogniard on September 16, 2022 in accordance with the Court's docketed Order.

Plaintiffs do not claim any prejudice. Plaintiffs have had the Bogniard report for as long as Defendant Diamond has had the liability report of Plaintiffs' expert. Plaintiffs' present motion imply seeks leverage only and ignores any equities including the fact that the sole reason the order was modified was because the Defendants agreed to extend the timelines for the initial reports at Plaintiffs' request.

Plaintiffs' practices should not be condoned by this Court. Even if the Defendant Diamond misread the docket entry, which he did not, this Court can permit the testimony of Mr. Bogniard since no prejudice has occurred and none is alleged by Plaintiffs.

Respectfully submitted,

*/s/Orville L. Reed, III*

Orville L. Reed, III (#0023522)
David W. Hilkert (#0023486)
Hamilton DeSaussure, Jr. (#0023516)
Stark & Knoll Co., L.P.A.
3475 Ridgewood Rd.
Akron, OH 44333
Telephone: (330) 572-0328
Telefax: (330) 572-0329
Email: oreed@stark-knoll.com

Attorneys for Defendant Jack Diamond

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on the 2nd day of May, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties. Parties may access this filing through the Court's system.

*/s/Orville L. Reed, III*

Orville L. Reed, III (#0023522)

4861-9571-4399v1